1  LAWRENCE G. BROWN
   United States Attorney
2  KAREN A. ESCOBAR
   MARLON COBAR
3  Assistant U.S. Attorneys
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5



FILED
AUG 19 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6           IN THE UNITED STATES DISTRICT COURT FOR THE
7                   EASTERN DISTRICT OF CALIFORNIA
8
   UNITED STATES OF AMERICA,     )   1:09MJ00201 SMS
9                                )
             Plaintiff,          )
10                               )
        v.                       )   APPLICATION TO UNSEAL CRIMINAL
11                               )   COMPLAINT AND ARREST WARRANT AND
                                 )   PROPOSED ORDER
12 SALVADOR GUTIERREZ MACHUCA,   )
                                 )
13           Defendant.          )
   _____)
14

15

16      The United States of America hereby applies to this Court for
17 an order unsealing the arrest warrant and criminal complaint in
18 the above-captioned proceedings.
19      This motion is based on the fact that the defendant in this
20 matter was arrested on the criminal complaint.
21 Dated: August 19, 2009              Respectfully submitted,
22                                     LAWRENCE G. BROWN
                                       United States Attorney
23
                                  By:  /s/ Karen A. Escobar
24                                     KAREN A. ESCOBAR
                                       Assistant U.S. Attorney
25

26 So ordered.

27 DATED: 8/19/09                      _____
                                       SANDRA M. SNYDER
28                                     U.S. Magistrate Judge

                                1